**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 00-6632**

—————

JASON M. GARRISON,

　　　　　　　　　　　　　　Petitioner - Appellant,

versus

MR. POWELL, Warden,

　　　　　　　　　　　　　　Respondent - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-00-69-2)

—————

Submitted:  July 27, 2000　　　　　Decided:  August 4, 2000

—————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Jason M. Garrison, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason M. Garrison seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appeal-ability, and dismiss the appeal on the reasoning of the district court. See Garrison v. Powell, No. CA-00-69-2 (E.D. Va. Apr. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2